AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**FILED**
OCT 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:12-71150 MAG |
| William James Kennedy | ) | |
|  | ) | Charging District:   Eastern District of California |
| *Defendant* | ) | Charging District's Case No.  1:12-cr-0350 AWI |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US District Court<br>2500 Tulare Street<br>Fresno, CA 93721 | Courtroom No.: Duty Magistrate, 6th Floor |
|---|---|
| | Date and Time: 11/06/12 at 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  Oct 24, 2012

*Judge's signature*

Kandis A. Westmore, US Magistrate Judge
*Printed name and title*